# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Rishar Hurley**                                    **Docket No. 5:21-CR-37-1F**L

### Petition for Action on Conditions of Pretrial Release - ADJUDICATED

COMES NOW Haley Huntley, U.S. Probation Officer of the court, presenting an official report upon the conduct of defendant, Rishar Hurley, who was placed under pretrial release supervision by the Honorable Robert B. Jones, Jr., U.S. Magistrate Judge, sitting in the Court at Wilmington, on the 18th day of May, 2021. On October 11, 2022, the defendant was sentenced by Your Honor to the custody of the Bureau of Prisons for a term of 12 months and one day. It was further ordered that the defendant be allowed to self-surrender. On January 11, 2023, the Court vacated that Surrender Order pending disposition of his appeal in the U.S. Court of Appeals.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On May 18, 2021, the defendant was placed on conditions of release to include being placed in the custody of a third-party custodian. Furthermore, the defendant was ordered to reside with that third-party custodian.

**PRAYING THAT THE COURT WILL ORDER** At this time, the probation office recommends that the third-party custodian condition be modified to allow the defendant to reside with his wife and children, but all other third-party custodian conditions will remain in effect.

Reviewed and approved,                          I declare under penalty of perjury that the foregoing
                                                is true and correct.


/s/ Keith W. Lawrence                           /s/ Haley Huntley
Keith W. Lawrence                               Haley Huntley
Supervising U.S. Probation Officer              U.S. Probation Officer
                                                150 Rowan Street Suite 110
                                                Fayetteville, NC 28301
                                                Phone: 910-354-2533
                                                Executed On: January 27, 2023

### ORDER OF THE COURT

Considered and ordered the ___31st___ day of __January_____, 2023, and ordered filed and made part of the records in the above case.

_____
Louise W. Flanagan
U.S. District Judge